[No. 11565-4-II. Division Two. October 4, 1989.]

KENNETH W. KRAMLICH, ET AL, *Appellants*, v. CAPITOL CONSTRUCTION GROUP, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-00873-7, Waldo F. Stone, J., entered

November 20, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.